Argued May 17, affirmed May 17, petition for rehearing denied
June 8, petition for review denied June 22, 1971

STATE OF OREGON, *Respondent, v.*
STEVE ALLEN WOODRAL, *Appellant.*
484 P2d 1130

*William G. Carter*, Medford, argued the cause and filed the brief for appellant.

*James C. Farrell*, Deputy District Attorney, Roseburg, argued the cause for respondent. With him on the brief was Doyle L. Schiffman, District Attorney, Roseburg.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

AFFIRMED FROM THE BENCH.